AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Eric Samuel,<br>*Plaintiff*<br>v.<br><br>J. Croom Hunter *Staff Attorney of the South Carolina Attorney's General's Office of The State of South Carolina*; Stephanie P McDonald *Chief Administrative Judge of the Ninth Judicial Circuit*; Daniel E. Shearouse *Clerk of Court of the South Carolina Supreme Court*; R. Markley Dennis *Ninth Judicial Circuit Court Judge,*<br>*Defendants* | )<br>)<br>)<br>)<br>) Civil Action No.    1:20-cv-01277-TMC |
|---|---|

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

■ The plaintiff, Eric Samuel, shall take nothing of the defendants, J. Croom Hunter *Staff Attorney of the South Carolina Attorney's General's Office of The State of South Carolina*, Stephanie P McDonald *Chief Administrative Judge of the Ninth Judicial Circuit*, Daniel E. Shearouse *Clerk of Court of the South Carolina Supreme Court* and R. Markley Dennis *Ninth Judicial Circuit Court Judge* and this action is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Timothy M. Cain, United States District Judge, presiding, adopting the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the action.

Date:    February 2, 2021                                             *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                  s/L. Baker
                                                                                _____
                                                                                *Signature of Clerk or Deputy Clerk*